**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-1293**

―――――――――

ANTHONY LEE MCNAIR,

Plaintiff - Appellant,

and

CHIQUITA R. BRYANT,

Plaintiff,

v.

CITY OF WILMINGTON,

Defendant - Appellee.

―――――――――

**No. 13-1307**

―――――――――

ANTHONY L. MCNAIR,

Plaintiff - Appellant,

v.

CITY OF ROCKY MOUNT POLICE DEPARTMENT; CITY OF ROCKY MOUNT,

Defendants - Appellees.

―――――――――

**No. 13-1308**

―――――――――

ANTHONY L. MCNAIR,

                    Plaintiff - Appellant,

         v.

S.C. HICKS; N.B. NEWSOME; C. LAWANCE; ROBERT A. EVAN,

              Defendants - Appellees.

                    _____

Appeals from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Louise W. Flanagan,
District      Judge.     (4:12-cv-00276-FL;      4:12-cv-00275-FL;
4:12-cv-00274-FL)

                    _____

Submitted:  April 22, 2013              Decided:  May 2, 2013

                    _____

Before MOTZ, KING, and GREGORY, Circuit Judges.

                    _____

Affirmed by unpublished per curiam opinion.

                    _____

Anthony Lee McNair, Appellant Pro Se.

                    _____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Anthony Lee McNair appeals the district court's orders adopting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNair v. City of Wilmington, No. 4:12-cv-00276-FL (E.D.N.C. Feb. 27, 2013); McNair v. City of Rocky Mount Police Dep't, No. 4:12-cv-00275-FL (E.D.N.C. Feb. 27, 2013); McNair v. Hicks, No. 4:12-cv-00274-FL (E.D.N.C. Feb. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED